

Misc. No. 12–8007/AF.  In re Robert C. Brissette, Petitioner v. Brigadier General Jon A. Norman, USAF, Commander Robert Stover, USN, and United States, Respondents.  CCA 2011–07.  Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus or, in the alternative, a writ of mandamus, was filed under Rule 27(a) on November 22, 2011, and placed on the docket this date.  On consideration thereof, it is ordered that said petition is hereby denied.

No. 12–0008/AR.  U.S. v. Alaa M. Ali.  CCA 20080559.

Appellant's motion to extend time to file a brief granted, *but only up to and including January 5, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0148/AR.  U.S. v. James O. Morris.  CCA 20081169.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 15, 2011.

No. 12–0149/AR.  U.S. v. Christopher L. Stadel.  CCA 20090820.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 20, 2011.

